UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SUMMIT SKY ADVISORY, LLC<br><br>v.<br><br>EASTERN AIRLINES, LLC and<br>JET MIDWEST, INC. | CIVIL CASE NO: 1:23-CV-1332-RP |

**AMENDED JOINT SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before February 23, 2024.

2. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before June 21, 2024. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before August 2, 2024. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

3. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 11 days from the receipt of the written report of the expert's proposed testimony, or within 11 days from the completion of the expert's deposition, if a deposition is taken, whichever is later.

4.  The parties shall complete all discovery on or before September 6, 2024.

5.  All dispositive motions shall be filed on or before October 11, 2024 and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

6. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will con- duct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

7. This case is set for a bench trial commencing at 9:30 a.m. on March 3, 2025 . By filing an agreed motion, the parties may request that this Court extend any deadline set in this Order, with the exception of the dispositive motions deadline and the trial date. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

SIGNED on  February 20, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

AGREED:

| | | |
|---|---|---|
| */s/ Sara W. Clark* | */s/Gregory P. Sapire* | */s/ Jo Ann Merica* |
| Casey Dobson | Gregory P. Sapire | Jo Ann Merica |
| TX Bar No. 05927600 | TX Bar No. 00791601 | TX Bar No. 13952400 |
| Sara W. Clark | Carlos R. Soltero | DUGGINS WREN MANN & ROMERO, LLP |
| TX Bar No. 00794847 | TX Bar No. 00791702 | 600 Congress Ave. |
| SCOTT DOUGLASS & MCCONNICO, LLP. | Elizabeth S. Pilcher | Suite 1900 |
| 303 Colorado Street | TX Bar No. 24127073 | Austin, Texas 78701 |
| Suite 2400 | MAYNARD NEXSEN PC | T: (512) 744-9300 |
| Austin, Texas 78701 | 2500 Bee Cave Road | F: (512) 744-9399 |
| T: (512) 495-6318 | Building 1, Suite 150 | jmerica@dwmrlaw.com |
| F: (512) 495-6399 | Austin, TX 78746 | |
| sclark@scottdoug.com | T: (737) 202-4873 | *Attorneys for Defendant Jet Midwest, Inc.* |
| | F: (512) 359-7996 | |
| | gsapire@maynardnexsen.com | |
| *Attorney for Plaintiff Summit Sky Advisory, LLC* | | |
| | *Attorneys for Defendant Eastern Airlines LLC* | |

4

4866-4531-1648