IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SUMMIT SKY ADVISORY, LLC<br><br>v.<br><br>EASTERN AIRLINES, LLC and<br>JET MIDWEST, INC. | CIVIL CASE NO: 1:23-CV-1332-RP |

### PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff Summit Sky Advisory, LLC ("Summit Sky") respectfully requests that the Clerk of the Court enter default against defendants Eastern Airlines, LLC ("Eastern") and Jet Midwest, Inc. ("Jet Midwest," which together with Eastern are "Defendants").

### BASIS FOR ENTRY OF DEFAULT

1.  Summit Sky filed its Original Petition against Defendants on August 29, 2023 in the District Court of the 201st Judicial District in and for Travis County, Texas, in the civil action styled *Summit Sky Advisory, LLC v. Eastern Airlines, LLC, and Jet Midwest, Inc.* No. D-1-GN-23-004790 (the "State Court Action"). A copy of Summit Sky's Original Petition is annexed as Exhibit A-1 to the accompanying Declaration of Colin Đặng Delaney ("Delaney Decl."), submitted herewith and attached hereto as **Exhibit A**.

2.  On October 31, 2023, Defendants each filed Answers in the State Court Action, asserting general denials and affirmative defenses that did not include objections to service of personal jurisdiction. (Delaney Decl. Ex. A-2.)

3.  On November 1, 2023, Eastern, on behalf of itself and Jet Midwest, filed a Notice of Removal removing the State Court Action from the District Court of the 201st Judicial District

in and for Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division. (*Id*., Ex. A-3.)

4. On September 16, 2024, Summit Sky filed a motion for an order granting leave to file an Amended Complaint stating newly discovered fraud claims against Defendants. (Dkt. 36.) Eastern opposed Summit Sky's motion.

5. On November 20, 2024, this Court granted Summit Sky's motion for leave to file its amended complaint, and ordered the Clerk of the Court to file the amended complaint. (Delaney Decl. Ex. A-4.)

6. On November 20, 2024, the Clerk of the Court, by Deputy Christian Rodriguez, filed Summit Sky's Amended Complaint. (*Id*., Ex. A-5.)

7. On November 21, 2024, the Court entered (i) its decision and order granting leave to file the amended complaint (Dkt. 44) and (ii) the Amended Complaint (Dkt. 45), and all counsel of record were served through the Court's CM/ECF system that same day.

8. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' responses to the Amended Complaint were due December 5, 2024.

9. As of this date, Defendants have failed to plead or otherwise defend against the Amended Complaint and are now in default.

10. Defendants are both business entities organized and existing under state law, not individuals. Therefore, the Servicemembers' Civil Relief Act does not apply.

11. Entry of default against Defendants pursuant to Federal Rule of Civil Procedure 55(a) is therefore appropriate.

## CONCLUSION

12. For the foregoing reasons, Summit Sky Advisory, LLC respectfully requests the Clerk of the Court to enter default against defendants Eastern Airlines, LLC and Jet Midwest, Inc. A form of Entry of Default accompanies this request as **Exhibit B**.

Dated: December 16, 2024

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
Phone: 512.495.6300
Fax: 512.495.6399

By: */s/ Sara W. Clark*
Casey L. Dobson
TX Bar No. 05927600
cdobson@scottdoug.com
Sara W. Clark
TX Bar No. 00794847
sclark@scottdoug.com

and

SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, Georgia 30309
Phone 404.815.3500
Fax: 404.815.3509

By: */s/ Colin D. Delaney*
Colin Đặng Delaney
Admitted Pro Hac Vice
cdelaney@sgrlaw.com

*Attorneys for Plaintiff Summit Sky Advisory, LLC*

4913-9144-0135

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 16, 2024 all counsel of record who have appeared in this case are being served with a copy of the foregoing via email.

      */s/ Sara W. Clark*
      Sara W. Clark

4913-9144-0135