IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUMMIT SKY ADVISORY, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1332-RP |
| EASTERN AIRLINES, LLC and JET MIDWEST, INC., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff Summit Sky Advisory, LLC's ("Plaintiff") request for a clerk's entry of default. (Dkt. 48). The basis for Plaintiff's request for a clerk's entry of default was that Defendants Jet Midwest, Inc. and Eastern Airlines, LLC ("Defendants") had not filed answers to Plaintiff's amended complaint. (*Id.*). Subsequently, Defendants filed answers. (Dkts. 49, 50). The Court finds that Plaintiff therefore does not meet the requirements for an entry of default set forth in Rule 55(a). As such, Plaintiff's request for a clerk's entry of default is **DENIED**.

**SIGNED** on January 6, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE